IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRANDON LOVELESS, on behalf of himself and others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>ECOTECH, LLC and MICHAEL AVRUSHENKO,<br>    *Defendants*. | Civil Action No.:  4:19-CV-2698 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Brandon Loveless AND Defendants Ecotech, LLC and Michael Avrushenko, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that this action is dismissed with prejudice, with all parties to bear their own costs and fees, except as specifically agreed to by the Parties.

Dated: March 9, 2018

Respectfully submitted,

**BAILEY COWAN HECKAMAN PLLC**

/s/ *Robert W. Cowan*
Robert W. Cowan, #68929MO
Katie R. McGregor, *pro hac vice*
Bailey Cowan Heckaman PLLC
5555 San Felipe Street, Suite 900
Houston, TX 77056
(713) 425-7111 - *Telephone*
(713) 425-7101 – *Facsimile*
rcowan@bchlaw.com
kmcgregor@bchlaw.com

*Counsel for Plaintiffs*

**FORDHARRISON LLP**

/s/ *Karen E. Milner* (w/consent)
Karen E. Milner, #34763MO
Jamie M. Westbrook, #66055MO
7777 Bonhomme Avenue, Suite 1800
St. Louis, MO 63105
(314) 257-0302 - *Telephone*
(314) 257-0320 - *Facsimile*
KMilner@fordharrison.com
jwestbrook@fordharrison.com

*Attorney for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have on March 9, 2020, served a true and correct copy of the foregoing via the Court's e-filing system upon the following:

Karen E. Milner
Jamie M. Westbrook
FORDHARRISON LLP
7777 Bonhomme Avenue, Suite 1800
St. Louis, MO 63105
KMilner@fordharrison.com
jwestbrook@fordharrison.com

/s/ *Robert W. Cowan*
Robert W. Cowan