IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRANDON LOVELESS, on behalf of himself and others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>ECOTECH, LLC and MICHAEL AVRUSHENKO,<br>    *Defendants*. | §<br>§<br>§  Civil Action No.:  4:19-CV-2698<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Brandon Loveless AND Defendants Ecotech, LLC and Michael Avrushenko, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that this action is dismissed with prejudice, with all parties to bear their own costs and fees, except as specifically agreed to by the Parties.

Dated: March 9, 2018

Respectfully submitted,

| | |
|---|---|
| **BAILEY COWAN HECKAMAN PLLC** | **FORDHARRISON LLP** |
| /s/ *Robert W. Cowan* | /s/ *Karen E. Milner* (w/consent) |
| Robert W. Cowan, #68929MO | Karen E. Milner, #34763MO |
| Katie R. McGregor, *pro hac vice* | Jamie M. Westbrook, #66055MO |
| Bailey Cowan Heckaman PLLC | 7777 Bonhomme Avenue, Suite 1800 |
| 5555 San Felipe Street, Suite 900 | St. Louis, MO 63105 |
| Houston, TX 77056 | (314) 257-0302 - *Telephone* |
| (713) 425-7111 - *Telephone* | (314) 257-0320 - *Facsimile* |
| (713) 425-7101 – *Facsimile* | KMilner@fordharrison.com |
| rcowan@bchlaw.com | jwestbrook@fordharrison.com |
| kmcgregor@bchlaw.com | |
| | *Attorney for Defendants* |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on March 9, 2020, served a true and correct copy of the foregoing via the Court's e-filing system upon the following:

Karen E. Milner
Jamie M. Westbrook
FORDHARRISON LLP
7777 Bonhomme Avenue, Suite 1800
St. Louis, MO 63105
KMilner@fordharrison.com
jwestbrook@fordharrison.com

/s/ Robert W. Cowan
Robert W. Cowan

SO ORDERED this 9th day of March, 2020

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE